**Electronically Filed**
**Supreme Court**
**SCWC-13-0000182**
**27-OCT-2016**
**10:02 AM**

SCWC-13-0000182

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KILAKILA ʻO HALEAKALĀ,
Petitioner/Plaintiff/Appellant-Appellant,

vs.

UNIVERSITY OF HAWAIʻI and DAVID LASSNER, in his official capacity
as Chancellor of the University of Hawaiʻi at Manoa; BOARD OF
LAND AND NATURAL RESOURCES, SUZANNE CASE, in her capacity as the
Chairperson of the Board of Land and Natural Resources; and
DEPARTMENT OF LAND AND NATURAL RESOURCES,
Respondents/Defendants/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000182; CIVIL NO. 10-1-2510)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on October 6, 2016, is corrected as follows:

On page 28, footnote 28, line 1, insert at the

beginning of the footnote, "Under HRS § 91-14(f)," and delete

"The."

On page 29, footnote 29, line 1, replace "The limited"

with "A statutory."

On page 29, footnote 29, line 2, replace "27" with "28."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, October 27, 2016.

/s/ Richard W. Pollack
Associate Justice

